USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT FOR THE FIRST CIRCUIT _________________________ No. 96-1644 SIDNEY ABBOTT, Plaintiff, Appellant, v. RANDON BRAGDON, D.M.D., Defendant, Appellee. _________________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE [Hon. Morton A. Brody, U.S. District Judge] ___________________ _________________________ Before Selya, Circuit Judge, _____________ Aldrich, Senior Circuit Judge, ____________________ and Stahl, Circuit Judge. _____________ _________________________ David G. Webbert and Bennett H. Klein, with whom Johnson, _________________ _________________ ________ Webbert & Laubenstein and Gay and Lesbian Advocates were on _______________________ ___________________________ brief, for plaintiff Sidney Abbott. John W. McCarthy, with whom Brent A. Singer and Rudman & ________________ _______________ _________ Winchell were on brief, for defendant Randon Bragdon, D.M.D. ________ _________________________ March 5, 1997 _________________________ Per Curiam. This is a protective appeal, taken by a Per Curiam. ___________ prevailing plaintiff as a precaution, should we see fit to reverse or vacate a summary judgment entered in her favor by the district court. We have today issued an opinion affirming the summary judgment. See Abbott v. Bragdon, No. 96-1643. We ___ ______ _______ therefore dismiss this appeal as moot. Appeal dismissed. No costs. Appeal dismissed. No costs. ________________ ________ 2